# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0533
LT Case No. 2007-CF-001010-A

_____

JAMES E. MCNAIR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

James E. McNair, Wewahitchka, pro se.

No Appearance for Appellee.

April 23, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____